**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 00-7457**

―――――――

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ARNOLD THREET,

                                    Defendant - Appellant.

―――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-98-
59-L, CA-00-2493-L)

―――――――

Submitted: January 5, 2001          Decided: January 18, 2001

―――――――

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Arnold Threet, Appellant Pro Se. Lynne Ann Battaglia, United States
Attorney, Bonnie S. Greenberg, OFFICE OF THE UNITED STATES ATTOR-
NEY, Baltimore, Maryland, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arnold Threet seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Threet</u>, Nos. CR-98-59-L; CA-00-2493-L (D. Md. filed Aug. 28, 2000; entered Aug. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>